**United States Bankruptcy Court**
**Central District Of California**

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Tommi J Denney
aka Tommi Jones, aka Tommi Segers Nelson Denney

**BANKRUPTCY NO.** 1:10−bk−18405−KT

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−6485
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 11/9/10

**Address:**
222 Jackson
Corpus Christi, TX 78411

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: November 9, 2010

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13a VAN−150) Rev. 03/09

**26 / EG3**